29614, 29615. MORRIS PLAN BANK *v.* BAGGARLY *et al.;* and *vice versa.*

DECIDED NOVEMBER 27, 1942. ON REHEARING, DECEMBER 19, 1942.

*Houston White,* for plaintiff.  *Paul Ginsberg, Brandon, Tindall, Matthews & Smith,* for defendants.

PER CURIAM.  The original note was for $1800, signed January 8, 1940.  Two payments were made on it and the remaining part of the indebtedness, declared on, was evidenced by another note signed June 14, 1940, for $1200.  The misrepresentations in question were stated in a letter dated March 5, 1940.  No additional money or property was parted with by the bank at the time of or subsequently to the alleged misrepresentations.  Thus it seems to us that there was a lack of proof as to one of the essential elements of fraud and deceit dealt with and discussed in *Brown* v.

*Ragsdale Motor Co.,* 65 *Ga. App.* 727 (3) (16 S. E. 2d, 176):
"That the plaintiff sustained the alleged loss and damage as the
proximate result of [the alleged misrepresentations] having been
made." The proof did not support the allegation of deceit con-
tained in the amendments to the petition. The court did not err
in directing a verdict to this effect. The record contains evidence
that the debt was due, and no evidence that the defendants did not
owe the debt sued for, and the court directed a verdict for the
$1200 sued for, with interest. Therefore the verdict which the
court directed was correct, under the record of this case. Even
if it was error to allow the amendments, such was harmless to the
defendants.

On rehearing the original opinion in this case is withdrawn and
the original judgment entered is vacated, the foregoing being sub-
stituted in lieu thereof.

*Judgment affirmed on the main bill of exceptions. Cross-bill
dismissed. MacIntyre and Gardner, JJ., concur. Broyles, C. J.,
dissents.*